IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Huntington Division

**DALTON COOK,**

    **Plaintiff,**

v.                                               Case No. 3:21-cv-00174

**METAL PARTNERS REBAR, LLC,**
d/b/a "Metal Partners International,"
**BRG HOLDING, LLC,** d/b/a "Trinity
Rebar," **J&R HOLDING,** d/b/a
"Trinity Rebar," **TRINITY REBAR
AND CONCERETE SUPPLIES, LLC,**
d/b/a "Trinity Promotions," **GLENN
JEFFRIES, and JAMES R. REED,**

    **Defendants.**

## STIPULATION

It is hereby stipulated and agreed between the plaintiff, Dalton Cook, and defendants J&R Holding, d/b/a Trinity Rebar; Trinity Rebar and Concrete Supplies, LLC, d/b/a Trinity Promotions; Glenn Jeffries; and James R. Reed ("These Defendants") that the time within which these defendants may answer, move, or otherwise respond to the Complaint is extended to and including July 1, 2021.

Stipulated and agreed the 25th day of May, 2021.

*/s/ Michael T. Cimino*
Michael T. Cimino (WVSB# 6294)
Jonathan L. Anderson (WVSB #9628)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, WV 25322-0553
Tel: (304) 340-1000
Fax: (304) 340-1130
mcimino@jacksonkelly.com
jlanderson@jacksonkelly.com
*Counsel for Defendants J&R Holding,*
*d/b/a Trinity Rebar; Trinity Rebar and*
*Concrete Supplies, LLC,*
*d/b/a Trinity Promotions;*
*Glenn Jeffries; and James R. Reed*


*Robert H. Miller, II*
Robert H. Miller, II (WVSB #6278)
THE SUTTER LAW FIRM, PLLC
1598 Kanawha Boulevard, East
Charleston, WV 25311
Tel: (304) 343-1514
Fax: (304) 343-1519
rmiller@thesutterlawfirm.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# Huntington Division

**DALTON COOK,**
    **Plaintiff,**

**v.**          **Case No. 3:21-cv-00174**

**METAL PARTNERS REBAR, LLC,**
d/b/a "Metal Partners International,"
**BRG HOLDING, LLC,** d/b/a "Trinity
Rebar," **J&R HOLDING,** d/b/a
"Trinity Rebar," **TRINITY REBAR
AND CONCERETE SUPPLIES, LLC,**
d/b/a "Trinity Promotions," **GLENN
JEFFRIES, and JAMES R. REED,**
    **Defendants.**

## CERTIFICATE OF SERVICE

  I, Michael T. Cimino, certify that electronic service of the herein filed Stipulation was made via the Court's CM/CMF filing system, which will send notification of such filing upon the following counsel of record, this 25th day of May, 2021:

Robert H. Miller, Esquire
The Sutter Law Firm PLLC
1598 Kanawha Boulevard, East
Charleston, WV  25311

Bernard E. Layne, III, Esquire
Mani, Ellis & Layne, PLLC
602 Virginia Street, East #200
Charleston, WV  25301

Cy A. Hill, Jr., Esquire
Allison M. Subacz, Esquire
Cipriani & Werner, PC
500 Lee Street, East, Suite 900
Charleston, WV  25301

         */s/ Michael T. Cimino*
         Michael T. Cimino (WVSB# 6294)