IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DALTON COOK,

           Plaintiff,

v.                                                CIVIL ACTION NO.  3:21-0174

METAL PARTNERS REBAR, LLC,
d/b/a "Metal Partners International,"
BRG HOLDING, LLC,
d/b/a "Trinity Rebar,"
J&R HOLDING, LLC,
d/b/a "Trinity Rebar,"
TRINITY REBAR AND CONCRETE SUPPLIES, LLC,
d/b/a "Trinity Promotions,"
GLEN JEFFRIES, and
JAMES R. REED,

           Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order granting the motion to dismiss for lack of subject matter jurisdiction, the Court **ORDERS** this action be dismissed without prejudice and stricken from the docket of the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                          ENTER:      June 22, 2021

                                          ROBERT C. CHAMBERS
                                          UNITED STATES DISTRICT JUDGE